IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANA MORRIS ) | | |
| ) | | |
| Plaintiff, ) | CIVIL ACTION FILE | |
| v. ) | _____ | |
| ) | | |
| COSTCO WHOLESALE ) | State Court of Catoosa County | |
| CORPORATION ) | Civil Action File No. | |
| ) | SUCV2021000711 | |
| Defendant. ) | | |

## NOTICE OF REMOVAL

Costco Wholesale Corporation ("Costco") files this Notice of Removal of a pending state proceeding from the Superior Court of Catoosa County, Georgia. The basis for removal is diversity of citizenship. 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Costco states as follows:

### I.   Background

1.     On August 9, 2021, Plaintiff Shana Morris filed a Complaint for Damages and Demand for Jury Trial ("Complaint") in the Superior Court of Catoosa County, Georgia, in a case styled: *Shana Morris vs. Costco Wholesale Corporation and Costco Wholesale*, Civil Action File Number SUCV2021000711 (the "state

proceeding"). (Copies of the Summons and Complaint are attached hereto as Exhibit 1.)

2.  Plaintiff alleges in her Complaint that on December 21, 2019, she was injured at Defendants' warehouse store in Ft. Oglethorpe, Catoosa County, Georgia. *See* Complaint, ¶¶ 5-7

3.  Plaintiff is a citizen of Georgia. Complaint, ¶ 1.

4.  Costco Wholesale was dismissed from the lawsuit. (See Order attached as Exhibit 2.)

5.  Costco Wholesale Corporation (hereinafter "Costco") is now, was at the time Plaintiffs filed their Complaint, and at all times since has been a Washington corporation with its principal place of business in Washington. *See* Costco's profile with the Georgia Secretary of State, attached hereto as Exhibit 3. Therefore, Costco is a citizen of Washington.

6.  Costco was served with the Complaint on August 17, 2021. Thus, Costco timely files this Notice of Removal.

## II.   Grounds for Removal

7.  This Court has original jurisdiction over the state proceeding, and it may be removed to this Court by Costco pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The amount in controversy exceeds $75,000.00, exclusive of interest and

costs. There is complete diversity between Plaintiff and Costco. Plaintiff is a citizen of Georgia. Costco is a citizen of Washington, making Costco a citizen of Washington for the purposes of diversity jurisdiction. 28 U.S.C. § 1332(c)(1).

### III.  *Procedural Matters*

8. This Notice of Removal is timely filed. 28 U.S.C. § 1446(b). Plaintiffs served Costco on August 17, 2021. Pursuant to 28 U.S.C. § 1446(b), Costco has 30 days from that date to file this removal.

9. The state proceeding is currently pending in the Superior Court of Catoosa County, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 1446(a).

10. Costco's Notice of Removal to be filed in the Superior Court of Catoosa County (attached hereto as Exhibit 4) shall be filed upon confirmation that this Notice of Removal has been filed with this Court. 28 U.S.C. § 1446(d).

11. Pursuant to 28 U.S.C. § 1446(a), copies of the following are attached hereto:

- The Summons and Complaint served on Costco Wholesale Corporation are attached as Exhibit 1.
- The Order dismissing Costco Wholesale is attached as Exhibit 2.
- The Answer of Costco filed in the Superior Court of Catoosa County is attached as Exhibit 5;

- A Certificate pursuant to Ga. R. Sup. Ct. 5.2 regarding service of discovery to the Plaintiffs is attached as Exhibit 6.

To date there have been no additional process, pleadings, or orders served in this matter, to the best of Costco's knowledge.

12. By filing this Notice of Removal, Costco does not waive and hereby reserves all defenses to Plaintiffs' Complaint, including but not limited to failure to state a claim, lack of personal jurisdiction, improper venue, and/or insufficiency of service of process.

### III.  Conclusion

Costco respectfully requests this Court enter such further orders and grant such further relief as may be necessary to secure the removal of the state proceeding from the Superior Court of Catoosa County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

WHEREFORE, Costco prays this Notice of Removal be accepted by this Court as good and sufficient and that this Court enter such orders as may be proper to effectuate the removal of the state action now pending in the Superior Court of Catoosa County, Georgia, to this Court.

Respectfully submitted this 15th day of September, 2021.

**COPELAND, STAIR, KINGMA & LOVELL, LLP**
  /s/ Angela C. Kopet
ANGELA CIRINA KOPET, GA Bar #126175
LAUREN TURNER, GA Bar #028283
735 Broad Street, Suite 1204
Chattanooga, TN  37402
Phone:  423-777-4693
Fax: 423-648-2283

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon counsel for the Plaintiff by placing a true and exact copy of said pleading in the United States Mail with sufficient postage thereupon to carry the same to its destination, addressed as follows:

C. Mark Warren
Warren & Griffin
Suite 100, Dome Building
736 Georgia Avenue
Chattanooga, TN 37402

This 15th day of September, 2021.

**COPELAND, STAIR, KINGMA, & LOVELL, LLP**

  /s/ Angela C. Kopet