

# Service of Process Transmittal
08/17/2021
CT Log Number 540089392

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SHANA MORRIS, Pltf. vs. COSTCO WHOLESALE CORPORATION AND COSTCO WHOLESALE, Dfts. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # SUCV2021000711 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/17/2021 at 12:14 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/17/2021, Expected Purge Date: 09/01/2021<br><br>Image SOP<br><br>Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com<br><br>Email Notification,  Zois Johnston  zjohnston@costco.com<br><br>Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SHERIFF'S ENTRY OF SERVICE**

21022705

| | |
|---|---|
| Civil Action No. SUCV2021000711 | Superior Court ☒  Magistrate Court ☐ |
| | State Court ☐  Probate Court ☐ |
| Date Filed 08/09/21 03:21 PM | Juvenile Court ☐ |

Georgia, **CATOOSA** COUNTY

Attorney's Address
Warren, Mark
Warren & Griffin, P.C.
736 Georgia Avenue, Suite 100
Chattanooga, TENNESSEE 37402-

Morris, Shana

_____
Plaintiff

VS.
Costco Wholesale Corporation; Costco Wholesale, DBA c/o Manager

_____
Defendant

Name and Address of Party to be Served.
Costco Wholesale Corporation

289 S. Culver Street

Lawrenceville, GEORGIA 30046

_____
Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant _Costco Wholesale Corp._ a corporation by leaving a copy of the within action and summons with _Linda Knals (RH)_ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This 17 day of Aug, 20 21

H. Higgins 50541
Deputy

# SUPERIOR COURT OF CATOOSA COUNTY
## STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA

**SUCV2021000711**

AUG 09, 2021 03:21 PM

Tracy Brown, Clerk
Catoosa County, Georgia

CIVIL ACTION NUMBER SUCV2021000711

Morris, Shana

**PLAINTIFF**

VS.

Costco Wholesale Corporation
Costco Wholesale, DBA c/o Manager

**DEFENDANTS**

**SUMMONS**

TO: COSTCO WHOLESALE CORPORATION

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Mark Warren**
> **Warren & Griffin, P.C.**
> **736 Georgia Avenue, Suite 100**
> **Chattanooga, Tennessee 37402**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 9th day of August, 2021.**

Clerk of Superior Court

Tracy Brown, Clerk
Catoosa County, Georgia

Page 1 of 1

≡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2021000711**
AUG 09, 2021 03:21 PM

Tracy Brown, Clerk
Catoosa County, Georgia

IN THE SUPERIOR COURT OF CATOOSA COUNTY, GEORGIA

| | |
|---|---|
| SHANA MORRIS, ) | |
| ) | |
| Plaintiff, ) | NO: |
| vs. ) | |
| ) | DIVISION |
| COSTCO WHOLESALE CORPORATION ) | |
| AND COSTCO WHOLESALE, ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |

## COMPLAINT

The Plaintiff, Shana Morris, hereby files her Complaint against Costco Wholesale Corporation and Costco Wholesale and shows the Court the following:

1. The Plaintiff is a resident and citizen of Catoosa County, Ringgold, Georgia.

2. The defendant, Costco Wholesale Corporation, is a licensed corporation authorized to do business in the state of Georgia, and may be served with process through its registered agent: CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

3. The defendant, Costco Wholesale, is a store licensed to do business in the state of Georgia and can be served through its manager at 100 Cobb Parkway, Ringgold, GA 30736.

4. On or about December 21, 2019, the plaintiff was on the premises owned, operated and maintained by the defendants.

5. While on the defendants' premises, the Plaintiff was hit in the head by a bathroom door stall, when an employee of the defendant abruptly slammed the door open. The lock on the stall door was defective and not operational.

6. The defendants knew or should have known about this dangerous condition and took no steps to fix the lock or use caution when opening the stall door.

7. As a proximate cause of defendants' negligence, plaintiff sustained personal injuries, including, but not limited to, medical charges, pain, suffering, and loss of enjoyment of life and

other damages.

WHEREFORE, Plaintiffs pray as follows:

(1) That summons and process issue and be served in the time and manner prescribed by Georgia law;

(2) That a jury of twelve be empaneled to hear this cause;

(3) That Plaintiff be awarded damages in the amount of $100,000.00; and

(4) Any and all other general and equitable relief the Court may deem just.

Respectfully submitted,

WARREN & GRIFFIN, P.C.

BY:_____
C. Mark Warren (Bar# 738210)
Attorneys for Plaintiffs
Suite 100, Dome Building
736 Georgia Avenue
Chattanooga, TN 37402
(423) 265-4878

≡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2021000711**

AUG 09, 2021 03:21 PM

Tracy Brown, Clerk
Catoosa County, Georgia

IN THE SUPERIOR COURT OF CATOOSA COUNTY, GEORGIA

| | |
|---|---|
| SHANA MORRIS, ) | |
| ) | |
| Plaintiff, ) | NO: |
| vs. ) | |
| ) | DIVISION |
| COSTCO WHOLESALE CORPORATION ) | |
| AND COSTCO WHOLESALE, ) | JURY DEMANDED |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S, FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFENDANT

The Plaintiff, Shana Morris, pursuant to the <u>Official Code of Georgia</u>, hereby submits her First Set of Interrogatories to the Defendants, Costco Wholesale Corporation and Costco Wholesale, and requests that the Defendants respond to these Interrogatories in the time and manner prescribed by Georgia law.

1. Please state the name, address and job title of the person answering these interrogatories on behalf of the defendant and their relationship to the defendant.

**ANSWER:**

2. Did you receive notice of this accident from plaintiff; and if so, please state:

   (a) The date, time and place you received the notice; and

   (b) Whether the notice was written, or oral, and, if written, the name and address of the person who has custody of it.

**ANSWER:**

3. What is the name and address of each person or entity who, on 12/21/2019 was owner of the business known as Costco Wholesale at 100 Cobb Parkway, Ringgold, GA 30736?

**ANSWER:**

4. What is the name and address of each person who, on 12/21/2019 was owner of the real property located at 100 Cobb Parkway, Ringgold, GA 30736?

**ANSWER:**

5. Were the premises on which the business known as Costco Wholesale carried on subject to any lease on 12/21/2019? If so, state the name and address of the leaser?

**ANSWER:**

6. Was any person responsible for supervising the area in which plaintiff was injured at the time of the accident; and if so, please state:

    (a)    His name and address;

    (b)    His job title;

    (c)    A description of his duties; and

    (d)    His location at the time of the accident.

**ANSWER:**

7. Was there a sales clerk, or other person, on duty in the area where plaintiff was injured at the time of the accident; and if so, please state for each person:

    (a)     His name and address;

    (b)     His job title;

    (c)     A description of his duties; and

    (d)     His location at the time of the accident.

**ANSWER:**

8. Were there any other employees on the premises at the time of the accident; and if so, please state:

    (a)     His name and address;

    (b)     His job title;

    (c)     A description of his duties; and

    (d)     His location at the time of the accident.

**ANSWER:**

9. Did you, or any employee, receive any complaint, warning, or other notice, concerning a dangerous or defective condition on the premises prior to the accident; and if so, for each complaint, warning, or other notice, please state:

    (a)    The date and time it was received;

    (b)    Whether it was written, or oral, and if oral, the substance of it;

    (c)    The name, or other means of identification, and address of the person by whom it was given;

 (d) The name, address and job title of the person who received it;

 (e) The nature and location of the danger, or defect, to which it related; and

 (f) Whether any action was taken as a result of it, and, if so, a description of the action, and the time at which it was taken.

**ANSWER:**

 10. Was an inspection made prior to the accident to determine whether the area where plaintiff was injured was in a state condition for use by customers; and if so, please state:

 (a) The frequency of such inspections;

 (b) The date and time of the last inspection prior to the accident;

 (c) The name, address and job title of the person who made the last inspection;

 (d) A description of, or the substance of, the findings that were made of the last inspection; and

 (e) Whether any instructions were given as a result of the last inspection to remove, clean or alter anything in the area of the accident, and, if so, a description of the instructions, and the name of each person to whom such instructions were given.

**ANSWER:**

 11. Was any warning given to plaintiff or any other person concerning any danger in the area where the accident occurred?

**ANSWER:**

12. What is the name, address and job title of the person in charge of the janitorial services at the premises at the time of the accident?

**ANSWER:**

13. Has any other accident occurred on your premises in the same area as, or in a similar manner to, the accident in which plaintiff was injured; and if so, please state:

    (a) The date and time it occurred;

    (b) A description of how it occurred;

    (c) The name, or other means of identification, and address of the person to whom it occurred;

    (d) The location in which it occurred;

    (e) Whether any safety precaution was taken as a result of it, and if so, a description of such safety precaution; and

    (f) Was suit filed as a result of any or all of these other incidents; and if so, please state the style of each case, the docket number and the court where each case was filed.

**ANSWER:**

14. Was an investigation made by you, or on your behalf, as a result of the accident? If made by another, please state their contact information.

**ANSWER:**

15. Did you, or any employee, make a report of the accident; and if so, please state the name of the person making the report.

**ANSWER:**

16. Do you contend that plaintiff was not authorized to be on that part of the premises where the accident occurred?

**ANSWER:**

17. Do you have, or know of the existence of, any photographs, or diagrams relating to any matter concerning the accident?

**ANSWER:**

18. Did any person witness the accident? Please state the name, address, telephone number and employer of all witnesses that you know who witnesses this accident or who may have knowledge of any pertinent knowledge concerning this accident.

**ANSWER:**

RESPECTFULLY SUBMITTED,

WARREN & GRIFFIN, PC

BY: _____
C. Mark Warren, BPR#: 013992
Attorney for Plaintiff
736 Georgia Avenue - Suite 100
Chattanooga, Tennessee 37402
(423) 265-4878

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served on all parties at interest in this cause through the United States Postal Service on this the ____9____ day of ____August____, 20__21__.

Costco Wholesale Corporation
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Costco Wholesale
c/o Manager
100 Cobb Parkway
Ringgold, GA 30736

BY: _____
C. Mark Warren

STATE OF GEORGIA

COUNTY OF CATOOSA:

_____, being duly sworn according to law, makes oath that the statements contained in the foregoing interrogatories are true to the best of his/her knowledge, information and belief.

                                                                            _____
                                                                            Representative of Costco

Sworn to and subscribed before me this _____ day of _____, 20___.


_____
NOTARY PUBLIC

My Commission Expires: _____

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2021000711**
AUG 09, 2021 03:21 PM

Tracy Brown, Clerk
Catoosa County, Georgia

# IN THE SUPERIOR COURT OF CATOOSA COUNTY, GEORGIA

| | | |
|---|---|---|
| SHANA MORRIS, | ) | |
| Plaintiff, | ) | NO: |
| vs. | ) | |
| | ) | DIVISION |
| COSTCO WHOLESALE CORPORATION AND COSTCO WHOLESALE, | ) | JURY DEMANDED |
| Defendants. | ) | |

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

The Plaintiff, Shana Morris, pursuant to the Official Code of Georgia, hereby submits her Request for Production of Documents to the Defendants, Costco Wholesale Corporation and Costco Wholesale, and requests that the Defendants respond to these requests in the time and manner prescribed by Georgia law.

1. Any statement or memorandum of any statement made by the plaintiff to the defendant or to the defendant's agents, representatives or attorneys, whether said statement was oral, written, or recorded.

   **ANSWER:**

2. Any photograph, video tape, drawing, rendering or other visual / audio recording made of the scene of the incident prior to or subsequent to the incident.

   **ANSWER:**

3. Please produce any written procedures the defendant follows to inspect, repair, clean, sweep, wash, wax, etc., of the store.

   **ANSWER:**

4. Please produce any drawings, diagrams, maps or other similar documents which depict the store layout, shelving, counters, or other physical items that appear on the floor.

**ANSWER:**

5. Please produce any discoverable documents upon which you rely or consulted in responding to plaintiff's interrogatories.

**ANSWER:**

6. Produce any and all surveillance materials including video tapes, photographs, film, tape recordings or other audio and/or visual materials which depict the plaintiff, the plaintiff's residence, or any other place where she may be found.

**ANSWER:**

7. Produce a copy of any medical records or bills you may have in your possession which relate to treatment received by the Plaintiff, whether related to the subject accident or any other treatment.

**ANSWER:**

8. Produce copies of any correspondence made between the defendants and the Plaintiff.

**ANSWER:**

9. Produce copies of any notes which any adjuster, investigator or other such person made regarding any conversation with the plaintiff.

**ANSWER:**

10. Produce copies of any incident reports of other accidents which occurred for the three years preceding Plaintiffs accident or any subsequent accidents.

**ANSWER:**

11. If you believe any document requested in this request for production of documents is not discoverable, please identify the document, provide the identity of the custodian, the location of the document and the reason it is not discoverable.

**ANSWER:**

                                            RESPECTFULLY SUBMITTED,

                                            WARREN & GRIFFIN, PC

BY:_____
                        C. Mark Warren BPR#: 013992
                        Attorney for Plaintiff
                        736 Georgia Avenue - Suite 100
                        Chattanooga, Tennessee 37402
                        (423) 265-4878

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the pleading has been served upon counsel for all parties at interest in this case through the United States Postal Service.

This the 9 day of Aug, 2021.

Costco Wholesale Corporation
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Costco Wholesale
c/o Manager
100 Cobb Parkway
Ringgold, GA 30736

_____
C. Mark Warren

📧 **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CATOOSA COUNTY, GEORGIA
**SUCV2021000711**

AUG 09, 2021 03:21 PM

*Tracy Brown*
Tracy Brown, Clerk
Catoosa County, Georgia

## IN THE SUPERIOR COURT OF CATOOSA COUNTY, GEORGIA

| | | |
|---|---|---|
| SHANA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | NO: |
| vs. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION | ) | |
| AND COSTCO WHOLESALE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE OF DISCOVERY PURSUANT TO UNIFORM STATE COURT RULE 5.2

Comes the plaintiff and files this certificate of service pursuant to Uniform State Court Rule 5.2 showing the Court as follows:

1) <u>PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS</u>; and

2) <u>PLAINTIFF'S REQUESTS FOR PRODCUCTION OF DOCUMENTS TO DEFENDANTS</u>.

Were served upon Defendants through appropriate sheriff:

Costco Wholesale Corporation
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Costco Wholesale
c/o Manager
100 Cobb Parkway
Ringgold, GA 30736

This 9 day of August, 2021.

WARREN & GRIFFIN, P.C.

By: _____
C. Mark Warren
GA Bar No. 738210