**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| SHANA MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | NO: 4:21-cv-00178-WMR |
| vs. | ) | |
| | ) | |
| COSTCO WHOLESALE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The plaintiff, Shana Morris, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure* hereby files a Joint Stipulation of Voluntary Dismissal Without Prejudice in this matter.

**RESPECTFULLY SUBMITTED:**

| | |
|---|---|
| s/ C. Mark Warren | s/ Angela C. Kopet by C. Mark Warren |
| C. Mark Warren, No. 013992 | with express permission granted |
| Warren & Griffin | Angela C. Kopet, No. 126175 |
| 736 Georgia Avenue, Suite 100 | Copeland, Stair, Kingma & Lovell, LLP |
| Chattanooga, TN 37402 | 735 Broad Street, Suite 1204 |
| TEL: 423/265-4878 | Chattanooga, TN 37402 |
| FAX: 423/265-4810 | Office: (423) 713-7075 |
| EMAIL: cmark@warrenandgriffin.com | Fax: (423) 648-2283 |
| Attorney for Plaintiff | Email: akopet@cskl.law |
| | Attorney for Costco Wholesale Corporation |

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was served via ECF upon Angela C. Kopet; on this 11th day of November, 2021.

                                              s/ C. Mark Warren